**Opinion issued February 12, 2021**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-21-00079-CV

_____

**IN RE ASHLEY ALLEN, INDIVIDUALLY AND AS NEXT FRIEND OF
Z.A. AND A.A., MINORS; LEAH ALSADI, INDIVIDUALLY AND AS
NEXT FRIEND OF G.A., A MINOR; MONA BRADLEY, INDIVIDUALLY
AND AS NEXT FRIEND OF A.W., A MINOR; CHRISTEN GLAZENER,
INDIVIDUALLY AND AS NEXT FRIEND OF C.G., A MINOR; SHAUNA
STEWART, INDIVIDUALLY AND AS NEXT FRIEND OF S.S., A MINOR;
AND TAMMY WOLVEN, INDIVIDUALLY AND AS NEXT FRIEND OF
T.W., A MINOR,**

**Relators**

---

**Original Proceeding on Petition for Writ of Injunction**

---

# MEMORANDUM OPINION

Relators have filed a petition for writ of injunction.[1] This Court's power to issue a writ of injunction is limited to the enforcement of our jurisdiction. *See* TEX. GOV'T CODE § 22.221(a). Having reviewed the petition and record, we conclude relators have not met their burden of establishing that the issuance of a writ of injunction is necessary to enforce our jurisdiction. Accordingly, we deny the petition. *See* TEX. R. APP. P. 52.8(a).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Farris.

---

[1] The underlying case is *Ashley Allen, individually and as next friend of Z.A. and A.A., minors; Leah Alsadi, individually and as next friend of G.A., a minor; Mona Bradley, individually and as next friend of A.W., a minor; Christen Glazener, individually and as next friend of C.G., a minor; Rebeka Pok, individually and as next friend of C.P. and F.P., minors; Shauna Stewart, individually and as next friend of S.S., a minor; and Tammy Wolven, individually and as next friend of T.W., a minor v. Texas Children's Health Plan, Inc.*, cause number 2020-74002, pending in the 55th District Court of Harris County, Texas, the Honorable Latosha Lewis Payne presiding.